IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ROOR INTERNATIONAL BV, ET AL., | § |
| Plaintiffs, | § |
| VS. | § NO. 4:19-CV-026-A |
| LABYRINTH SMOKE SHOP, ET AL., | § |
| Defendants. | § |

FINAL JUDGMENT

In accordance with the order signed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims and causes of action of plaintiffs, Roor International BV and Sream, Inc., against defendants, Labyrinth Smoke Shop and John Doe, be and are hereby, dismissed without prejudice, pursuant to the authority of Rule 4(m) of the Federal Rules of Civil Procedure.

SIGNED May 3, 2019.

_____
JOHN McBRYDE
United States District Judge